UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                              )    Chapter 13
Davonne N. Roye                     )    Case No. 17-11640 BLS
    Debtor(s)                       )
                        **CHAPTER 13 PLAN**

**I. Notice**

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL.BANKR.L.R. 3023-1 AND YOUR RIGHTS MAY BE AFFECTED BY THIS PLAN. IF YOU OPPOSE THE PLAN'S TREATMENT OF YOUR CLAIM OR ANY PLAN PROVISION YOU OR YOUR ATTORNEY MUST FILE AN OBJECTION TO CONFIRMATION AT LEAST 7 DAYS BEFORE THE DATE SET FOR THE CONFIRMATION HEARING. THE BANKRUPTCY COURT MAY CONFIRM THIS PLAN WITHOUT FURTHER NOTICE IF NO OBJECTION IS FILED. SEE BANKRUPTCY RULE 3015. YOU SHOULD NOTE THE FOLLOWING (Boxes must be checked by Debtor(s) if applicable):

[X] The plan seeks to limit the amount of a secured claim, as set out in III.2, which may result in partial payment or no payment at all to the secured creditor
[X] The plan will seek avoidance of a lien or security interest
[X] The plan contains a nonstandard provision(s) in paragraph VI

**II. Plan payments and Length of Plan:** The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor'(s) employer or Debtor shall pay to the trustee the sum of $ 127 monthly for 36 months.

**III. Plan Distributions:** From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

  **1. Priority Claims:**
  Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    [X] (A) Debtor(s) Counsel Fees: $3500.00 paid first and then distributions shall subsequently be made under the plan as follows:
    [X] (B)  Priority Taxes: 2016 State of DE $222.
    [ ] (C)  Domestic Support Obligations:
    [ ] (D)  Other Priority or Administrative Expense: New Castle County tax and Ridge Maintenance Corp. charges that run with the land will be paid through in rem actions only**. Debtor will surrender/ discharged this real estate/ Condo interest as was done in ch 7 14-10224 BLS--**Pursuant to Court hearing and Bench Order 1/18/18 --Debtor must vacate the Condo Unit by 3/1/2018.**
Any student loans shall be paid as due or left in status uncollectible as is present status.
  **2. Secured Claims:**
    [ ]  Pro Rata with or
    [X]  subsequent to dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

[X] (A) Long term or mortgage debt - SURRENDER** the Condo unit** to OCWEN/DEUTSCHE-SAXON the real property 217 Sleep Hollow Court, Newark, DE 19711.Debtor shall not oppose the relief from stay motion.[DI # 54]
[ ] Debtor shall continue to pay Regular POST-PETITION payment to this mortgage co. directly beginning *Payment Start Date*. **

*** This section of the plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr.L.R. 3023-1(b) and the parties shall be so governed.*

[ ] (B) Secured Vehicle debt (cramdown)- Pro-Rata Payments to:

[ ] (C) Secured Vehicle Debt (910)-Pro-Rata Payments to:

[X] (D) Other secured debt(s): Upon Confirmation of the plan, Title Max Title Loan shall release the title to the 2006 lincoln Navigator. Title is being held by this creditor for a refinance of unsecured debt incurred prior to the filing. The Title is to be marked "satisfied" and returned to Debtor's counsel.

**3. Surrender of Collateral and Co-Debtor Relief:**
[X] (A) Debtor surrenders secured collateral to: OCWEN/ DEUTSCHE-SAXON on the Condo as stated above.
Debtor abandons such property and agree that the Automatic Stay under 11 U.S.C. Section 362 is terminated as to the property and any interest in the property effective immediately or on confirmation of this Plan. **SURRENDER is in full satisfaction and pursuant to the discharge entered in 2014.**
[ ] (B) Co-Debtor relief under 11 USC Section 1301 is granted effective immediately upon confirmation of the Plan as to surrendered property.

**4. Unsecured Claims:**
Subsequent to dividends to Priority and Secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

General unsecured creditors will be paid [ ] a dividend of 100% of their allowed claim or [ ] a pro rata dividend of
[ ] 1._____BIOC or
[ ] 2._____Disp. Income x 60 months as calculated under Section 1325(b), or
[X] 3. a pro rata dividend from the base plan, if any. 0% ch 7 qual

**IV. Leases or Executory Contracts:** (If applicable) The following leases or executory contracts of the debtor will be treated as follows: Debtor will reject any continued executory agreement running with the land.

**V. Vesting of Property:** Title to the Debtor's property shall revest in the Debtor on confirmation of the plan, except for undistributed plan payments held by the Trustee. Unless otherwise ordered, upon conversion of this case to Chapter 7 all undistributed plan payments received from a Debtor's post-petition wages shall be refunded to the Debtor. Upon dismissal, unless otherwise ordered, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

**VI. Nonstandard Provisions:** Any nonstandard provision placed elsewhere in this plan is void. Other special provisions of this Plan:

DEBTOR has surrendered all interest in her condo at Sleepy Hollow; She must vacate this Unit before 3/1/2018. Creditors have a discharge injunction from 2014 case 14-10224 BLS. Ridge Maintenance Corp. will not pursue any Condo Association Dues or Assessments as non-dischargeable, and will pursue the In rem actions only. This is pursuant to the Court Bench Order that vacation of Debtor and family from the condo unit is by 3/1/2018.

Debtor is seeking return of her title for her 2006 lincoln Navigator

**VII. Filing Proof of Claim Required:** A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed electronically or as paper. To file an electronic claim, go to the www.deb.uscourts.gov and click on "file a Claim" and follow instructions. Once the necessary information is entered the form will be automatically generated. To obtain a paper claim form, go to the website www.uscourts.gov and click on "Services and Forms", then click on Bankruptcy Forms, select B410-Proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market St., 3rd floor, Wilmington, DE 19801. (Copies should be mailed to Erin K. Brignola, Esq., 30 Fox Hunt Drive, Fox Run Shopping Center, Bear, DE 19701).

_[signature]_
Debtor's Signature                                Date: 1/20/18

The undersigned certifies that this plan contains no nonstandard provision other than as set forth in paragraph VI. above.

_[signature]_
Attorney for Debtor(s)

## PLAN ANALYSIS

Debtor:   Devonne N. Roye                     Case #:   17-11640 BLS

Prior: Bankruptcy ( )  Chapter 13 ( )    Date:

Estimated length of plan  36   months.                Trustee Use

                                                    341 Meeting Date: _____

                                                               Continued: _____

                                                  Confirmed Date: _____

**TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES**

A. TOTAL PRIORITY CLAIMS (Class One)
   1. Unpaid attorney's fees .............................$4000.00
   2. Taxes ............................................$228.00
   3. Other ............................................$
B. TOTAL OF PAYMENTS TO CURE DEFAULTS (Class Two) .........$
C. TOTAL OF PAYMENTS ON SECURED CLAIMS (Class Three).......$
D. TOTAL OF PAYMENTS ON UNSECURED CLAIMS (Class Four) .....$
E. SUBTOTAL ...............................................$4228.00
F. TOTAL TRUSTEE'S COMPENSATION (7.5%of debtor's payments) $317.00
G. TOTAL DEBT AND ADMINISTRATIVE EXPENSES .................$4545.00

---

**RECONCILIATION WITH CHAPTER 7**

H. INTEREST OF CLASS FOUR CREDITORS IF CHAPTER 7 FILED
   1. Value of debtor's interest in non-exempt property ........$
   2. Plus: value of property recoverable under avoiding powers $
   3. Less: estimated chapter 7 administrative expense .........$
   4. Less: amounts payable to priority creditors other than
      costs of administration ...............................$
   5. Equals: estimated amount payable to Class 4 creditors
      if Chapter 7 filed (if negative, enter zero) .....$
I. ESTIMATED DIVIDEND FOR CLASS FOUR UNDER CHAPTER 7 ............$
J. ESTIMATED DIVIDEND UNDER PLAN................................$

_____          _____
Erin K. Brignola                              Debtor
Attorney for Debtor